UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-80453-CIV-ZLOCH

LATOYA KING, and NATHANIEL
GILMORE, JR., on their own
behalf and others similarly
situated,

    Plaintiffs,                    **FINAL ORDER OF DISMISSAL**

vs.

MCCRAY'S II BACKYARD BBQ, INC.,
and DERRICK MCCRAY,

    Defendants.
_____/

    THIS MATTER is before the Court upon Defendants' Motion For Dismissal Of Action (DE 22), which the Court construes as a Stipulation Of Dismissal.  The Court has carefully reviewed said Stipulation and the entire court file and is otherwise fully advised in the premises.

    Defendants' filed their instant Motion For Dismissal Of Action (DE 22) stating that Plaintiffs informed them of their desire to abandon the above-styled cause.  Plaintiffs, through their attorney, filed a Response (DE 26) to the same, stating that the most recent communication between Plaintiffs and their counsel reiterated that Plaintiffs wished to continue prosecuting this action.  A mediation conference was scheduled for August 15, 2008, and Defendants and all counsel appeared; Plaintiffs did not.

    Defendants filed their Reply (DE 27) in support of their

Motion To Dismiss, stating that the Court should dismiss this action for Plaintiffs' failure to appear at the mediation conference. By prior Order (DE 28), the Court ordered Plaintiffs to show good cause, by sworn affidavit, for their failure to appear at the mediation conference as scheduled. The Court also informed Plaintiffs that their failure to submit such an affidavit establishing good cause would be deemed as their indication that they do not wish to proceed with this action.

Plaintiffs, through their attorney, submitted a Response (DE 29) to said Order stating that they were informed of their responsibility to submit an affidavit if they desired to continue prosecuting this action and that the consequence for failing to do so would be a dismissal of this action. Plaintiffs have not, however, submitted any affidavit. Thus, the Court deems their failure to file an affidavit in accordance with said Order as an indication that they desire for this action to be dismissed. Defendants, by the instant Motion For Dismissal Of Action (DE 22), which the Court construes as a Stipulation Of Dismissal, have given their consent for the same. Thus, Federal Rule of Civil Procedure 41(a)(1)(A)(ii) is satisfied.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. Defendants' Motion For Dismissal Of Action (DE 22), which

the Court construes as a Stipulation Of Dismissal, be and the same is hereby approved, adopted and ratified by the Court;

    2. The above-styled cause be and the same is hereby **DISMISSED** without prejudice; and

    3. To the extent not otherwise disposed of herein, all pending motions are **DENIED** as moot.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this   8th   day of September, 2008.

                                      WILLIAM J. ZLOCH
                                      United States District Judge

Copies furnished:

All Counsel of Record